With reference to the item of $8,714.73, expended in tearing away the old sewer system and installing the new, it will be noted that the evidence shows that the new system is still in use.

We do not believe that this Board is authorized to say, in effect (in the absence of very convincing evidence to the contrary), that the legislature enacted a foolish law and needlessly enforced a heavy outlay in "improvements" on the taxpayer's real estate properties in such a manner that they may not legitimately be charged to capital assets; hence, with reference to said item of $8,714.73, the determination of the Commissioner is approved.

---

### Appeal of SOUTHERN HOTEL CO.        Docket Nos. 973, 2717.

Submitted May 7, 1925; decided May 26, 1925.

*Leonard C. Mitchell, Esq.*, for the Commissioner.

Before STERNHAGEN, GREEN, and LOVE.

These appeals involve income and profits taxes for the calendar years 1917, 1918, 1919, and 1920. The parties have filed with the Board the following stipulation which contains the only facts which the Board can find.

#### FINDINGS OF FACT.

That there has not been a determination by the Commissioner that a deficiency is due from the taxpayer for the year 1917.

That the true and correct value of the leasehold referred to in taxpayer's petition in the above appeals, to be included in the taxpayer's invested capital, was $150,000.

That the deficiency resulting from the above adjustment for the years 1918, 1919, and 1920 is as set out in the annexed redetermination of deficiency.

The "annexed redetermination of deficiency" referred to in paragraph 3 of the stipulation contains a summary showing the following:

| | | |
|---|---:|---:|
| 1918, overassessment | $155.95 | |
| 1919, deficiency | | $149.88 |
| 1920, deficiency | | 1,625.51 |
| Total | 155.95 | 1,775.39 |
| Net deficiency | | 1,619.44 |

#### DECISION.

The appeal is dismissed in respect of the calendar year 1917. For 1918, 1919, and 1920 there is a net deficiency of $1,619.44.